UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PERRY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:14-CV-478-FL |
| I AM PENSION FUND, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 3, 2015, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 3, 2015, and Copies To:**
Kevin Scott Joyner (via CM/ECF Notice of Electronic Filing)
Owen M. Rumelt (via CM/ECF Notice of Electronic Filing)
Perry Parker (via U.S. Mail) 1006 Gold St., Wilson, NC 27893

November 3, 2015　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
　　　　　　　　　　　　　　　　　　/s/ Christa N. Baker
　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk